# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 13, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159168-9 & (113)(118)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* R.C., Minor.
_____

CHELSE DEBUCK SCHULTS and
CHRISTOPHER LEE SCHULTS,
      Appellants,

v

SC: 159168-9
COA: 345959; 346102
Wayne CC: 17-000465-AM;
17-000510-AO

LUCINDA CARRIER,
      Appellee.

_____/

On order of the Court, the motion for immediate consideration and the motion to accept supplemental filings are GRANTED. The application for leave to appeal the February 25, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 13, 2019



Clerk

d0312